IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:12-cv-00662-D

| | |
|---|---|
| CLIFFORD HAWTHORNE, CHRISTINA HAWTHORNE, Jason H. Coats, as *Guardian ad Litem* for JH, and Thomas S. Berkau, as *Guardian ad Litem* for RH, <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG WAGSTAFF and CLAYTON RESIDENTIAL RENTALS, <br><br> Defendants. | **ORDER TO SEAL MINOR SETTLEMENT FOR JH AND RH** |

This matter having come before the Court by an unopposed Motion by the Plaintiffs to Seal Minor Settlement for Plaintiffs JH and RH, and for good cause shown, it is hereby ORDERED that the Minor Settlement [D.E. 27] be placed under seal.

SO ORDEDERED. This **15** day of March 2014.

*James C. Dever*
James C. Dever III
Chief United States District Judge